USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOSE ABREU, SERGIO DE LOS SANTOS,
RONALD DEJESUS, VICTOR FERMIN, LUIS
NUNEZ PERALTA, ANGEL RIVERA, RENEE
RODRIGUEZ, AND DIONICIO ESTRELLA,

                   Plaintiffs,

               v.

FAIRWAY MARKET LLC, FAIRWAY GROUP
HOLDINGS, CORP, FAIRWAY CHELSEA,
LLC, FAIRWAY UPTOWN, LLC, AND
FAIRWAY WOODLAND PARK LLC,

                   Defendants.
------------------------------------------------------------- X

17-CV-9532 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 1, 2018, the Court ordered the parties to file a joint status letter on the first business day of the month every six months updating the Court on the status of the arbitration in this matter, Dkt. 38;

      WHEREAS the last joint letter received pursuant to the Court's Order was filed on July 31, 2019, Dkt. 40; and

      WHEREAS on January 29, 2020, Defendants informed the Court that they had filed petitions under Chapter 11 of the Bankruptcy Code, Dkt. 44;

      IT IS HEREBY ORDERED that by no later than **Friday, February 19, 2021**, the parties must file a joint status letter updating the Court on the status of the arbitration and on whether the bankruptcy stay has been lifted.

**SO ORDERED.**

Date: February 8, 2021
      New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**